**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Appellants (Debtors and Reorganized Debtors)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PG&E Corp., et al. | Case No. 4:22-cv-02833-HSG |
| *Appellants* | On Appeal from the United States Bankruptcy Court for the Northern District of California |
| v. | |
| California Department of Water Resources | Chapter 11 Case No.: 19-30088 (DM) (Lead Case) (Jointly Administered) |
| *Appellee* | **STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING BRIEFING SCHEDULE** |

PG&E Corporation and Pacific Gas and Electric Company (as debtors, and as reorganized pursuant to the plan of reorganization confirmed in the above-captioned chapter 11 cases, the "**Reorganized Debtors**" or "**Appellants**"), on the one hand, and the California Department of Water Resources ("**Appellee**," and, together with the Appellants, the "**Parties**," and each, a "**Party**") on the other hand, hereby stipulate as follows:

WHEREAS, pursuant to the Initial Case Management Scheduling Order (the "**Scheduling Order**"), entered on May 13, 2022 [Dkt. No. 2], Appellants' principal brief is due "no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket," and Appellee's response brief is due 30 days after Appellant's principal brief is filed and served;

WHEREAS, notice that the record has been transmitted or is available electronically was filed on June 7, 2022, and entered on the docket of this appellate case on June 8, 2022, and Appellants' principal brief is therefore due on July 8, 2022;

WHEREAS, a related appeal of the same bankruptcy court orders that are the subject hereunder is currently pending before this Court as *Northern California Power Agency, et al. v. California Department of Water Resources* (Case No. 22-cv-02834 (HSG)) ("**Case No. 22-cv-02834**").

WHEREAS, the Parties, together with the parties in Case No. 22-cv-02834, have met and conferred regarding a briefing schedule with respect to this appeal and Case No. 22-cv-02834, and, in light of the intervening summer holiday and schedules of counsel, the Parties have agreed to a modest modification of the Scheduling Order as set forth herein, and the parties in Case No. 22-cv-02834 have agreed to an identical modified briefing schedule in Case No. 22-cv-02834 and will be submitting a similar stipulation and proposed order in that appeal;

WHEREAS, this is the first request by any Party to modify the Scheduling Order;

WHEREAS, the Parties believe the requested enlargement of time will have a negligible, if any, impact on the timeframe for the resolution of this appeal because there is no schedule in place beyond the filing dates for briefing, and no argument date has been set.

**IT IS HEREBY STIPULATED:**

1.    The Scheduling Order is modified as stated herein.

2.    Appellants' principal brief shall be filed and served no later than August 8, 2022.

3.    Appellee's response brief shall be filed and served no later than October 14, 2022.

4.    Appellants' reply brief shall be filed and served no later than November 14, 2022.

5.    The Order approving this Stipulation is without prejudice to any Party herein to request further modifications of the Scheduling Order.

///
///
///
///
///
///
///
///
///
///
///

1    Dated:  June 21, 2022

2                                                    **WEIL, GOTSHAL & MANGES LLP**
                                                     **KELLER BENVENUTTI KIM LLP**
3

4                                                    By: /s/ *Jane Kim*
                                                             Jane Kim
5
                                                     *Attorneys for Appellants (Debtors and*
6                                                    *Reorganized Debtors)*

7

8

9                                                    Rob Bonta
                                                     Attorney General of California
10                                                   DANETTE VALDEZ, SBN 141780
                                                     ANNADEL ALMENDRAS, SBN
11                                                   192064
                                                     Supervising Deputy Attorneys General
12

13                                                   By: /s/ *Paul J. Pascuzzi*

14                                                   PAUL J. PASCUZZI
                                                     FELDERSTEIN FITZGERALD
15                                                   WILLOUGHBY PASCUZZI & RIOS
                                                     LLP
16                                                   Attorneys for Appellee California
                                                     Department of Water Resources, by and
17                                                   through the State Water Project

18   "Pursuant to Local Rule 5-1(h)(3), I, Thomas B. Rupp, attest that concurrence in filing
19   this document has been obtained from the other signatories."

20   KELLER BENVENUTTI KIM LLP

21   /s/    *Thomas B. Rupp*
              Thomas B. Rupp
22

23

24

25

26

27

28

**ORDER**

WHEREAS, on June 21, 2022, the Appellants and Appellee filed the *Joint Stipulation and Proposed Order Modifying Briefing Schedule* (the "**Stipulation**") requesting that the Scheduling Order in this appeal be modified;

For the reasons set forth in the Stipulation, and good cause appearing therefor,

1.    The Scheduling Order is modified as stated herein.

2.    Appellants' principal brief shall be filed and served no later than August 8, 2022.

3.    Appellee's response brief shall be filed and served no later than October 14, 2022.

4.    Appellants' reply brief shall be filed and served no later than November 14, 2022.

5.    This Order is without prejudice to any Party herein to request further modifications of the Scheduling Order.

**IT IS SO ORDERED.**

Dated: 6/22/2022

*Haywood S. Gill Jr.*

The Honorable Haywood S. Gilliam, Jr.

United States District Judge