**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

SEP 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY, Reorganized Debtors, <br><br> Appellants, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF WATER RESOURCES, <br><br> Appellee. | No.   23-15863 <br><br> D.C. No. 4:22-cv-02833-HSG <br> Northern District of California, Oakland <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 8), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator